FILED

10/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0412

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS J. ELLSWORTH,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 14, 2022, within which to prepare, file, and serve his reply brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 13 2022